United States District Court
Southern District of Texas
Corpus Christi Division



United States District Court
Southern District of Texas
FILED

MAR 27 2000

MICHAEL N. MILBY CLERK

Linda Bechtol

vs.

Allied Interstate, Inc.

No. C-00-124

[Jury Requested]

# Complaint

To the Honorable Court:

Linda Bechtol ("Bechtol") files this Complaint against Allied Interstate, Inc. ("Allied")

## Defendant

1. Allied Interstate, Inc. may be served through its President at 800 Interchange West, 435 Ford Road, Minneapolis, Minnesota 55426-1096.

## Jurisdiction

2. Federal jurisdiction exists under 15 U.S.C. §1692k(d) – Federal Fair Debt Collections Practices Act. Alternatively, if the collection calls at issue relate to a business debt, federal jurisdiction exists under 28 U.S.C. §1332 – Diversity Jurisdiction. Allied Interstate, Inc. is incorporated and has its principal place of business in a state other than Texas. Further, the amount in controversy including exemplary damages exceeds $75,000.

## Background

3. Allied is a debt collector and is seeking to collect an alleged debt.

4. It made numerous collection calls to Bechtol – approximately weekly for months.

5. It continued to call her even after repeatedly being instructed not to call anymore.

6. It threatened to continue calling until receipt of the demanded payment.

7. It refused to adequately describe or document the alleged debt it seeks to collect.

8. In response to a request for documentation, it said "I don't have to send you anything."

9. It described the alleged debt as "Southwestern Bell – I guess it would be for a phone."

10. It called before 8:00 a.m. in the morning (Specifically, 7:42 a.m. in the morning).

11. Its phone calls are generally abusive, harassing, and otherwise unpleasant in tone.

12. It threatened to send Bechtol to an attorney absent payment before the end of the day.

## Federal Fair Debt Collection Practices Act

13. Allied is a "debt collector," and it sought to collect a "debt" from a "consumer."

14. Allied communicated with Bechtol at a time it should know is inconvenient for her. Specifically, Allied communicated with Bechtol before 8:00 A.M. See 15 U.S.C. §1692c(a)(1).

15. Allied engaged in conduct the natural consequence of which was to harass, oppress, or abuse. Specifically, it called repeatedly even though instructed not to, and it threatened to continue calling until receipt of the demanded payment for the alleged debt. Further, its phone calls were generally abusive, harassing, and otherwise unpleasant in tone. See 15 U.S.C. §1692d.

16. Allied engaged Bechtol repeatedly or continuously in telephone conversation with intent to annoy, abuse or harass her. See 15 U.S.C. §1692d(5).

17. Allied threatened action that it did not intend to take. Specifically, it threatened to send Bechtol to an attorney absent payment before the end of the day. 15 U.S.C. §1692e(5).

18. Allied never disclosed in its initial communication with Bechtol that it was "attempting to collect a debt and any information obtained would be used for that purpose." 15 U.S.C. §1692e(11).

19. Allied never made the following statement: "unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector." 15 U.S.C. §1692g(3).

20. Allied never made the following statement: "if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debtor collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector." Rather, upon request for verification, Allied said: "I don't have to send you anything." 15 U.S.C. §1692g(4).

22. Allied never made the following statement: "upon the consumer's written request within the thirty day period, the debt collector will provide the consumer with the name and address of the original creditor if different from the current creditor." 15 U.S.C. §1692g(5).

23. Bechtol is entitled to recover her actual damages. Further, Bechtol is entitled to recover a statutory penalty up to $1,000. Further, Bechtol is entitled to recover costs and attorneys' fees.

24. On reasonable belief, Allied has committed the above violations of the Federal Fair Debt Collections Practices Act against a large class of persons. All prerequisites for a class action exist. The Court should award the class damages and statutory penalty consistent with 15 U.S.C. §1692k.

## Unreasonable Debt Collection

25. Allied has engaged in unreasonable debt collection against Bechtol.

26. Allied has acted with culpability sufficient for exemplary damages.

27. Bechtol is entitled to recover her actual damages and exemplary damages.

28. On reasonable belief, Allied has engaged in unreasonable debt collection against a large class of persons. All prerequisites for a class action exist. The Court should award each class member actual damages and should award each class member exemplary damages.

## Conditions Precedent

29. All conditions precedent have been performed or have occurred.

## Conclusions

30. The Court should certify the requested classes.

31. The Court should grant the requested relief.

Respectfully Submitted,

*[signature: David Sibley]*

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE **LINDA BECHTOL**

**AlliedInterstate**  **FirstConta**



**Allied Interstate,**

**Relationship to IntelliRisk Management**

## Who We Are

Allied Interstate, Inc. and First Contact, Inc. provide third and first party accounts receivable management and call center outsourcing solutions, respectively. To serve the separate purposes of each focus, both companies are distinct operationally, but share executive management, corporate leadership, administration, and a focus on client and customer service. For this reason, we have created one website that offers relevant information on both companies.

Exhibit A

http://www.intellirisk.com/alliedfirst/_html/whoweare/whoweare_overview.cfm          3/26/00

ClibPDF - www.fastio.com





## WHO WE ARE

### Locations

**Allied Interstate,**

**Relationship to IntelliRisk Management**

**The Allied Interstate and First Contact companies have 10 locations:**

- Chandler, Arizona
- Mesa, Arizona
- San Clemente, California
- Plymouth, Massachusetts
- Brooklyn Center, Minnesota
- Minneapolis, Minnesota
- Las Vegas, Nevada
- Columbus, Ohio
- Dallas, Texas
- Houston, Texas

**Multiple locations with centralized goals:**

Although each location is seamlessly integrated with every other location, we have found, based on client portfolio results, that centralizing corporate administrative function at the Minneapolis, MN location provides our clients with:

- Cost savings due to centralization
- Outstanding recovery results as evidenced by number 1 agency rankings amongst clients who measure results in all locations
- Regional bilingual fluency of employees
- All sites offer Allied Interstate and First Contact time zone flexibility
- Strategic advantages from a disaster recovery perspective both for our clients and ourselves



**Allied Interstate,**



### What We Do

Allied Interstate, Inc. and First Contact, Inc. provide clients in a wide variety of industries with customized solutions to both their accounts receivable needs, as well as call center outsourcing options. Allied Interstate, Inc. provides traditional, third party collection services while First Contact, Inc.'s focus is to provide clients with first party outsourcing services that range from bill delinquency coaching to total call




**Allied Interstate,**

Third Party Accounts
Receivable Management

### Allied Interstate, Inc.
Allied Interstate provides primary and secondary traditional third party collection services to a wide variety of industries, nationally and internationally.





**Allied Interstate,**

Third Party Accounts
Receivable Management

## WHAT WE DO

### Third Party Accounts Receivable Management

Recovery of our clients' accounts profit from the application of the following services:



- Service representatives and dedicated collection team(s), including management, assigned to each client.
- Proven quality control measures.
- Effective collection follow-up including a comprehensive skip trace program.
- Legal referral.
- Evening and Saturday collection hours in accordance with Fair Debt Collection Practices Act (FDCPA) guidelines.
- Automated, cutting-edge collection and dialing systems.
- Company-wide dedication to excellence.
- Efficient and useful reporting vehicles.
- Ongoing training for all new and current employees.
- Innovative, value-added training seminars offered to our clients' internal collection divisions.



## How We Do It

**Allied Interstate,**

**Compliance &**

**Technology**

### Management Structure
Allied Interstate and First Contact believe that a sound management structure leads to superior results for our clients. In order to do this we strive to provide every employee with the skills and tools needed to achieve optimum performance.

### Incentive Based Compensation Plans
Through incentive based compensation plans based on monthly goals, we motivate our employees (including management) to contribute to the overall success of our business and our clients' objectives.

### Employee Coaching and Communication
Providing employees constructive feedback and coaching at the supervisor level allows Allied Interstate and First Contact to continually improve our work efforts. Effective one-on-one communication between employees and management leads to the type of value-added service



HOW WE DO IT

### Allied Interstate, Inc.

Allied Interstate, Inc. is a company founded with the sole purpose of providing more effective and flexible options for the collection of delinquent accounts through:

- a staff of educated, empowered people
- a sophisticated systems infrastructure
- a positive approach to quality assurance
- an uncompromising customer focus
- a commitment to custom solutions



**Allied Interstate,**

Client Dedicated Project Teams

Training

**Compliance &**

**Technology**



**Allied Interstate,**

**Compliance &**

**Technology**



### Compliance Specialists
Throughout our organization, we dedicate compliance specialists to clients whose contractual requirements dictate that we follow certain procedures. This allows us to track our own performance in fulfilling contractual obligations as well as enhances quality throughout our organizations.

### FDCPA Compliance Specialist
We consider compliance with the letter and spirit of the Fair Debt Collection Practices Act so important that we have dedicated a staff position to the monitoring of FDCPA compliance company wide. This individual monitors phone calls as well addresses any questions or concerns regarding our FDCPA compliance.

### Quality Control Specialists
Quality control specialists form the backbone of any client dedicated project team. These individuals calibrate our quality assurance metrics with those of our clients' to ensure that we are meeting and exceeding expectations.

### Client Specific Quality Assurance
We tailor quality assurance programs to our clients' needs and utilize quality incentives to motivate our employees and supervisors to meet quality standards. In this way, our clients' objectives are measured and met by the Allied Interstate or First Contact outsourcing relationship.

### Supervisor Account Monitoring
Through consistent auditing and monitoring of accounts and calls we identify areas for improvement and continued training. Our supervisors are required to monitor the work efforts of their employees on a weekly basis and provide constructive feedback and coaching. In turn, the supervisors are audited on the



## Technology Solutions

**Allied Interstate,**

**Compliance &**

**Technology**

### Technology Solutions
We understand that the complexity and speed of change in today's business world requires sophisticated technology solutions that are integrated, robust, adaptable, and innovative. Our information and telecommunications technology is that and more. This means that our clients can do all of the following:

- rely on us to customize a dialing campaign to match their industry and portfolio
- transmit accounts to us in virtually any format
- dial into our system to monitor accounts
- allow us to dial into their system(s) to work or update accounts
- research customer questions or accounts in real time.



### Auto Dialers
*We can literally customize a dialer campaign to match the specifics of a client's industry, portfolio, and objectives.* We use three different types of dialer systems: Access, Melita Prelude CS, and SmartDial. Our dialers' capabilities include some of the most sophisticated, state-of-the-art technology available in the call center industry.

New advances in call center technology options appear on the market daily. Unfortunately, the price tag for such technology is not always cost effective or possible for one business to absorb. Moreover, the process of choosing the right system can be overwhelming. We can help. Our broad client base allows us to distribute the costs of call center technology. That means we can absorb the cost of investing in the most appropriate and sophisticated call center technology so you don't have to. The net result is superior technological capabilities at a price you can afford.

### Electronic Connectivity Capabilities
We are continually adding or exploring methods of connection that will allow the best interaction with our client base. We are capable of receiving data in almost any electronic format including external routers. We are currently using CISCO and BAY to do TN3270 and 3270 Emulation.

The following list highlights the most commonly used options that we support and those that are most widely accepted. If we do not offer your preferred method for transfer, please bring it to our attention. We are able to accommodate virtually any request.

- Direct Line Connection
- FTP/FTS
- EDI
- 9-Track Magnetic Reel-to-Reel
- Cartridge (3480)

- Diskette
- ONFILE
- CLEO (3780/2780 emulator)
- Procom/Blast/Hyperterminal/Term/PCAnywhere
- Sterling's Connect Direct



**Allied Interstate,**



## Why Choose Us

Whether you are looking to increase recovery of your lost dollars or searching for a way to maximize your own resources in servicing your customers, Allied Interstate, Inc. and First Contact, Inc. will provide you with a catalog of solutions based on our experience, expertise, and dedication to our clients and their customers.



**Allied Interstate,**

Customized Client Solutions

Experience



**Allied Interstate, Inc.**
Allied Interstate, Inc. has done what most traditional collection agencies haven't been able to do. We specialize in the collection of delinquent accounts in virtually every industry, ranging from student loans and receivables to telecommunications, from commercial to health care, from checks to bank and retail programs and cards, and from utilities to government receivables. Over the last 30 years, we have developed industry dedicated work efforts and divisions so that each of our clients benefit from the full extent of our accounts receivable experience along with a dedication to their industry.



## Contact Us

Please contact us if you have any questions or need further information about our company or services.

**Allied Interstate, Inc.**
**800 Interchange West**
**435 Ford Road**
**Minneapolis, Minnesota   55426-1096**

**First Contact, Inc.**
**610 Interchange West**
**435 Ford Road**
**Minneapolis, MN   55426-1063**

**Telephone: (800) 447-2934, ext. 2321 (toll free)**
**(612) 595-2321 (direct)**
**Fax: (612) 595-2341**

**Click here to use your own email program**

FIRST NAME: _____   LAST NAME: _____

COMPANY: _____

TITLE: _____

ADDRESS: _____

CITY: _____   STATE: ___   ZIP: ___

COUNTRY: _____

PHONE: ( ___ ) _____   FAX: ( ___ ) _____

EMAIL: _____ @ _____

http://www.intellirisk.com/alliedfirst/_html/contactus/contact_overview.cfm                    3/26/00

**MESSAGE:**



SEND MESSAGE