United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED
MAR 28 2000
Michael N. Milby, Clerk

Linda Bechtol

vs.

Allied Interstate, Inc.

No. 00-124
[Jury Requested]

# CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

To the Honorable Court:

   Linda Bechtol ("Bechtol") respectfully files this Certificate of Financially Interested Persons.

### Plaintiff

1. Linda Bechtol

   [Plaintiff]

2. David A. Sibley

   [Plaintiff's Attorney]

### Defendant

1. Allied Interstate, Inc.

   [Defendant]

   [Bechtol does not know whether this corporation is publically traded]

2. First Contact, Inc.

   [Sister Corporation of Defendant]

   [Bechtol does not know whether this corporation is publically traded]

**Respectfully Submitted,**

_/s/ David Sibley_

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE **LINDA BECHTOL**

3.

# CERTIFICATE OF SERVICE

On Monday, March 27, 2000, I served this as follows:

**VIA TELECOPY NO. (612) 595-2341**
President
Allied Interstate, Inc.

_____
David A. Sibley

2