AO 440 (Rev. 10/93) Summons in a Civil Ac

# United States District Court

**Southern** DISTRICT OF **Texas**
**Corpus Christi Division**

Linda Bechtol

v.

Allied Interstate, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00CV124

TO: (Name and address of defendant)

Allied Interstate, Inc., through its president, at 800 Interchange West, 435 Ford Road, Minneapolis, Minnesota 55426-1096

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Sibley
Attorney At Law
P.O. Box 9610
Corpus Christi, TX 78469-9610
(361) 882-2377

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
CLERK

3-27-00
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/11/00 |
| NAME OF SERVER (PRINT) David Sibley | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____Certified Mail, Return Receipt Requested_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/11/00
Date

Signature of Server

David A. Sibley
Attorney At Law
Addr  P.O. Box 9610
Corpus Christi, TX 78469-9610

United States District C---
Southern District of T---
FILED
APR 13 2000
MICHAEL N. MILBY, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
  Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

President
Allied Interstate, Inc.
800 Interchange West
435 Ford Road
Minneapolis, MN 55426-1096

4a. Article Number
P-138-969-065

4b. Service Type
- ☐ Registered
- ☒ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery: 3-31-00

5. Received By: (Print Name) Ala Dyba

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994     102595-99-B-0223     Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.