United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

APR 1 7 2000

Michael N. Milby, Clerk

Linda Bechtol

vs.

Allied Interstate, Inc.

No. 00-124
[Jury Requested]

## NOTICE OF SETTLEMENT

To the Honorable Court:

All parties respectfully give notice of settlement.

Final settlement papers should be filed promptly.

**Respectfully Submitted,**

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE **LINDA BECHTOL**

## CERTIFICATE OF CONFERENCE

I have conferred with Michael L. Brutlag (attorney for Allied Interstate), and this is agreed.

David A. Sibley

# CERTIFICATE OF SERVICE

On Monday, April 17, 2000, I served this as follows:

### VIA TELECOPY NO. (612) 630-3201
Michael L. Brutlag
Brutlag, Hartmann, & Okoneski, P.A.

David A. Sibley

2