United States District Court
Southern District of Texas
Corpus Christi Division

**Linda Bechtol**

vs.

**Allied Interstate, Inc.**

No. 00-124
[Jury Requested]

United States District Cou⸺
Southern District of Texa⸺
FILED
APR 26 2000
MICHAEL N. MILBY CLERK

# AGREED MOTION TO DISMISS WITH PREJUDICE

To the Honorable Court:

All parties respectfully ask for dismissal of this case with prejudice as settled.

**Respectfully Submitted,**

*/s/ David Sibley*

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE **LINDA BECHTOL**

# CERTIFICATE OF CONFERENCE

I have conferred with Michael L. Brutlag (attorney for Allied Interstate), and this is agreed.

*/s/ David Sibley*

David A. Sibley

1

# CERTIFICATE OF SERVICE

On Tuesday, April 25, 2000, I served this as follows:

### VIA TELECOPY NO. (612) 630-3201
Michael L. Brutlag
Brutlag, Hartmann, & Okoneski, P.A.

_____
David A. Sibley

2

United States District Court
Southern District of Texas
Corpus Christi Division

Linda Bechtol

vs.

Allied Interstate, Inc.

No. 00-124
[Jury Requested]

# AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case is dismissed in whole with prejudice.

SIGNED THIS ___ DAY OF _____, 2000

_____
U.S. District Judge

3

ClibPDF - www.fastio.com