United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
ENTERED
APR 2 8 2000
Michael N. Milby, Clerk of Court

Linda Bechtol

vs.

Allied Interstate, Inc.

No. 00-124
[Jury Requested]

# AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case is dismissed in whole with prejudice.

SIGNED THIS 27th DAY OF April, 2000

_____
U.S. District Judge

3